

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00181-CV

**IN RE BRUINGTON ENGINEERING LTD.**,
Schlumberger Technology Corp., Schlumberger Services Inc., and Schlumberger Limited

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: May 15, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On March 27, 2019, relators filed a petition for writ of mandamus, the real party in interest responded, and the relators replied. After considering the petition, response, reply, and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause Nos. 7,767 and 8,310, styled *Pedernal Energy, LLC v. Schlumberger Technology Corporation, et al.* and *Pedernal Energy, LLC v. Bruington Engineering, Ltd.*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.